```
 1  PINNOCK & WAKEFIELD, A Law Firm
    Theodore A. Pinnock, Esq.      Bar #: 153434
 2  David C. Wakefield, Esq.       Bar #: 185736
    Michelle L. Wakefield, Esq.    Bar #: 200424
 3  3033 Fifth Avenue, Suite 410
    San Diego, CA  92103
 4  Phone: (619) 858-3671
    Fax:   (619) 858-3646
 5
    Attorneys for Plaintiffs
 6
```

FILED
2007 MAR -5 PM 12:04

06cv2244 (BEN) NLS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual;<br><br>Plaintiffs,<br><br>v.<br><br>RX FOR LESS FROM CANADA, INC. d.b.a. RX FOR LESS FROM CANADA; MCLEAN, JUDY LYNN & RUTH MARIE TRUST; MCLEAN PROPERTIES, LLC (CO/CORPORATION);<br><br>And **DOES 1 THROUGH 10**, Inclusive, Defendants. | Case No.: ~~06cv1832 H WMc~~<br><br>[~~PROPOSED~~] ORDER FOR MOTION OF DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS COMPLAINT IN ITS ENTIRETY<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

1       Case No. 06cv2244 BEN NLS

## ORDER ON NOTICE OF DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE FROM PLAINTIFFS COMPLAINT AND PLAINTIFFS COMPLAINT IN ITS ENTIRETY

**IT IS HEREBY ORDERED** that all Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number 06cv2244 BEN NLS and Plaintiffs Complaint in its entirety.

**IT IS SO ORDERED.**

Dated: 3/5/07

/s/ _____
HONORABLE ROGER T. BENITEZ
U.S. DISTRICT COURT JUDGE